AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Tetra K. Harrison </br> *Plaintiff* </br> v. </br> Commissioner of Social Security </br> *Defendant* | ) </br> ) </br> ) Civil Action No. 3:19-CV-253 </br> ) </br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment in favor of Plaintiff and against Defendant; Remanding the captioned cause to the commissioner under sentence four of 42 U.S.C. § 405(g) for a determination of whether Plaintiff's substance abuse disorder is a contributing factor material to the determination of her disability.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Walter H. Rice on a motion for Report and Recommendations

Date: 10/28/2020

CLERK OF COURT

*Kaylin Atkinson*
Signature of Clerk or Deputy Clerk